AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GARSUMO PEE DORLEY,

    Petitioner,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:22-cv-62

v.

T. NORMAND,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated May 1, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Respondent's motion to dismiss is denied, and Petitioner's 28 U.S.C. § 2241 petition is granted. Additionally, Respondent or other Immigration and Customs Enforcement ("ICE") officials are directed to conduct an individualized bond hearing for Petitioner as soon as practicable. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: May 3, 2023

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020